# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 3:08CR0117

  -vs-

Magistrate Judge Sharon L. Ovington

SHERRY MARSHALL,

    Defendant.

## ORDER FOR COMPETENCY EVALUATION

This case is before the Court for consideration of whether Defendant is competent to assist in her own defense. Defendant's counsel has moved to have the Defendant evaluated and the United States has no objection.

Accordingly, the Court finds there is good cause to believe Defendant is not competent, and therefore finds, pursuant to 18 U.S.C. § 4241(a), that there is reasonable cause to believe that Defendant is presently suffering from a mental disease or defect rendering Defendant incompetent to the extent that Defendant is unable to understand the nature and consequences of the proceedings or to properly assist in the defense.

Therefore, pursuant to 18 U.S.C. § 4247(b), Defendant is ordered committed to the custody of the Attorney General of the United States for a period not to exceed thirty days for placement in a suitable facility to undergo a mental competency evaluation. The mental health professional designated to conduct the examination shall file a prompt report with this Court pursuant to 18 U.S.C. §4247(c).

August 25, 2008                                                  s/ Sharon L. Ovington  
                                                                                                         Sharon L. Ovington  
                                                                                  United States Magistrate Judge