IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

vs.  Case No. 3:08cr117

SHERRY MARSHALL,  JUDGE WALTER H. RICE

  Defendant.

---

AMENDMENT TO DECISION AND ENTRY OF MAY 1, 2017 (DOC. #48), JOURNALIZING IN COURT PROCEEDING OF APRIL 25, 2017

---

The captioned Entry is amended to reflect that the condition that Defendant "spend the first six months of her further re-imposed period of supervised release in an in-patient residential supportive housing unit for women with addiction and mental health issues, perhaps the Safe Harbor Program in Clark County, Ohio, to be followed by at least six months residence in a Sober House, is deleted and is replaced by the following language:

> "And that she spend the first six months of her further re-imposed period of supervised release in a halfway house in Cincinnati, Ohio, with availability for employment, addiction and mental health issues, to be followed by at least six months residence in a Sober House."

In all other respects, the captioned Entry remains unchanged.

February 1, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
Kelvin Gover, US Probation Officer